JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
February 12, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: PG  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MINNIE LAVENDER,<br><br>    Defendant(s). | No.: 2:13-cv-8914-CAS-RZ<br><br>[~~PROPOSED~~]X JUDGMENT |

IT IS HEREBY ORDERED that Judgment be entered in favor of the United States of America against Defendant in the principal amount of $1,681.61, plus $2,420.73 in interest, $86.44 in administrative costs, for a total Judgment of $4,188.78.

DATED: February 12, 2015

*/s/ Christina A. Snyder*
_____
Honorable Christina A. Snyder,
District Judge
United States District Court

Page 1